# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Erin Aileen Gilligan**

      Plaintiff

vs.                      **CASE NUMBER: 1:20-cv-1595 (ATB)**

**Commissioner of Social Security**

      Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:ORDERED, that the decision of the Commissioner is AFFIRMED, and plaintiffs complaint is DISMISSED

All of the above pursuant to the order of the Honorable Andrew T. Baxter, dated the 25th day of February, 2022.

DATED: February 25, 2022

*John Domurad*
Clerk of Court

                                 s/Kathy Rogers
                                 Deputy Clerk